AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RAFAEL SANTIAGO

# WARRANT FOR ARREST

CASE NUMBER: 07- 15 M

To: The United States Marshal
     and any Authorized United States Officer

   **YOU ARE HEREBY COMMANDED** to arrest **Rafael SANTIAGO** when and as stated in the

Criminal Complaint  and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

      **distribution of cocaine**

in violation of Title __21__ United States Code, Section (s) **841(a)(1) and b(1)(C)**

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| Signature of Issuing Officer | January 29, 2007    Wilmington, DE |
| | Date and Location |

Bail fixed at $ _____    by_____
                                                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ ____ 544 King St ____ | | |
| DATE RECEIVED <br> 1-29-07 | NAME AND TITLE OF ARRESTING OFFICER <br> William D Avit, Dosty | SIGNATURE OF ARRESTING OFFICER <br> William Dave |
| DATE OF ARREST <br> 1-29-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED

FEB - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE